# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Roderick C. Hillian, PO Box 894, Smith Station, AL 36877, USPS tracking: 9505 5150 2722 9166 2035 16

)
)
)
)
)

Case No. 3.19mj 208-SMD

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

One Priority Mail 2-Day parcel addressed to  Roderick C. Hillian, PO Box 894, Smith Station, AL 36877

located in the _____ Middle _____ District of _____ Alabama _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Illicit funds, materials and documents reflecting the distribution of proceeds through the U.S. Mails, including money orders and/or monetary instruments consisting of payment and/or proceeds relative to a mail fraud scheme

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Sections 1341 | Mail Fraud |

The application is based on these facts:

See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jerry Boykins, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 7/09/2019 _____

_____
*Judge's signature*

City and state:  Montgomery, AL

Stephen M. Doyle, U.S. Magistrate
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

The undersigned, being duly sworn on oath, deposes and says:

1. I, Jerry Boykins, have been a United States Postal Inspector for 6 years. In addition, I have served as a police officer with the Montgomery Police Department for 17 years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, Alabama. I investigate incidents where the United States Mail is used for the purpose of transporting fraudulent documents, fraud proceeds, and controlled substances in violation of Title 18, United States Code, Sections 1341 and Title 21, United States Code 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. During my career, I have attended USPIS Mail Fraud training classes and have gained experience working case where the postal service is used to perpetuate white collar fraud. I have also executed, and helped to execute, numerous search warrants where Mail Fraud was suspected. Ultimately, the fraudulent contents were recovered and documented. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees. This affidavit only contains information necessary to support probable cause for a search warrant and is not intended to include every fact observed by your affiant or known to the government.

2. Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to receive fraudulent proceeds. In your affiant's training and experience, subjects sometimes orchestrate fraud schemes where the internet and other social media based medians are used to perpetuate financial crimes. The crimes often involve internet sites such as eBay and Craigslist where illicit ads solicit unknowing victims to submit some form of payment to the fraudster. In your affiant's training and experience, illicit ads such as this are frequently posted to these type Medias across the U.S. which gain the attention of unsuspecting victims. Consequently, conversations are started and victims engage in what they think is a legitimate purchase/transaction. In return, proceeds from these illicit transactions are sometimes placed in the mail stream and sometimes ultimately to a PO Box for the scammer which is destined to places like Smith Station, AL. I have participated in numerous cases involving activity of this sort which involve victims mailing their funds across the country to scammers in small rural areas in the State of Alabama and

other areas. I have also been involved in numerous investigations where money parcels were seized en route to willing participates/targets of mail fraud scams. My training and previous experience has made me familiar with the method and manner that scammers use to move illicit proceeds through the U.S. Mail.

3.     Along with illicit fraud proceeds being mailed throughout the U.S., the U.S. Postal Inspection Service cases have shown various white collar fraud occasionally originate in overseas countries like West Africa, Jamaica, Nigeria, Canada and other places in which fraud proceeds are mailed, shipped, or wired from the U.S. to overseas countries. I, along with other agents whom I have worked with, have personally seized parcels containing money destined to addresses overseas. The U.S. Postal service is not the only method of transferring illicit funds; we have noticed wire transfers by means of money services businesses like Western Union and MoneyGram are used to move illicit funds. In addition, crypto-currency usage (bitcoin) is becoming more and more prevalent as a source and method to move illicit proceeds both domestically and internationally.

4.     Your affiant is aware that proceeds from these types of scams can make U.S. Postal Service employees and facilities targets of crimes during the unknowing delivery of proceeds packages.

5.     On June 25, 2019, postal staff at the Smith Station Post Office notified Inspectors regarding a customer complaint. Andrea Strickland requested Priority Mail parcel 9505 5123 3559 9175 3815 01 to be returned her possession. The parcel was mailed from an address in Huntsville, AL. Strickland explained she was looking for a residence to rent in Huntsville, AL and discovered one on Craigslist. An email was provided with the ad, so Strickland stated she inquired about the property. Upon emailing the individual associated with the ad, Strickland and the Craigslist poster agreed on terms and Strickland sent a money order in the amount of $900.00 in a 2-Day Priority Mail parcel on June 24, 2019. The parcel was addressed to "**Roderick C. Hillian, PO Box 894 Smith Station, AL. 36877**". Strickland stated that while corresponding via email with the individual about the rental property in Huntsville, AL, the owner advised he was deaf and lived out of state. He told

2

Strickland that he decided to rent the property himself instead of having a family member take of this for him. He was working out of state. He directed Strickland to mail the money order to his assistant **"Roderick Hillian"** and the keys would be provided once the first month's payment of $900.00 was received. Strickland stated she later felt a little uneasy about the situation, so she decided to ride by the rental property address on June 25, 2019. Upon arriving to the address, she noticed a family was moving into the property so she got out of her vehicle and inquired. Upon speaking with the family, she learned the property was not in fact a rental and was actually a property for sale. In addition, she learned the individual linked to the ad was not associated with the property at all. Strickland was verified using her state issued identification and her parcel was returned.

6.      On June 25, 2019, after being notified of this information, a request for all postal records associated with PO Box 894 was retrieved. Upon reviewing the PO Box application, **"Roderick C. Hillian"** signature appeared on the application as the PO Box owner. An address of 712 Queensbury Lane, Williamsburg, VA 23185-5513 was listed as his home address. According to postal records, Hillian has had possession of PO Box 894, since April 20, 2009. At the time the PO Box was opened postal records indicates Hillian provided two forms of ID for verification which was a New York driver's license (613-467-627) and a military identification card. A Michelle A. Hillian (AL Driver's license 6632076) was listed on the application as a person receiving mail at the PO Box as well.

7.      Postal Staff at Smith Station was advised to monitor PO Box 894 for other suspicious activity of this nature. Several days later, Smith Station staff advised that several—approximately three—additional Priority Mail parcels arrived to PO Box 894, which are listed below:

   **Dale Milnes, 6236 N. Black Canyon Hwy #304, Phoenix, AZ 85017, (Tracking #EJ061080722US)**
   **Dale Milnes, 6236 N. Black Canyon Hwy #304, Phoenix, AZ 85017, (Tracking #EL584995651US)**
      **Julie Cowdin, 6046 Coventry Circle, Alpharetta, GA 300004, (Tracking #**

3

**EJ064159466US)**

8.     On June 27, 2019 I contacted **Dale Milnes** and explained the reason for the phone call. Milnes confirmed that he had mailed several Express mail parcels, one as recently as two hours before our phone call. He explained one parcel contained a $900.00 money order and the other contained a $950.00 money order. Both were for a rental property he'd found on Craigslist in Phoenix, Arizona. Milnes was very upset after learning about the possible scam. He answered the ad via email, in which the owner explained a story very similar to that of Strickland. He told me he felt something was strange because there was an actual realtor's for sale sign in the front yard that was not associated with any names provided by the supposed owner. Milnes stated he was directed to mail his payment to **"Roderick C. Hillian, PO Box 894 Smith Station, AL. 36877"**, an assistant of the person he was corresponding with. Milnes gave Inspectors permission to open both his parcels and they were verified as containing the payments stated earlier. Both parcels were returned to Milnes.

9.     On July 1, 2019, Inspectors contacted Julie Cowdin. She explained she had found a rental property on Craigslist in Alpharetta, GA. She thought the property was nice so she inquired via email and an agreement was established between her and the person that supposedly owned the property. Cowdin explained that she sent an $800.00 cashier's check by mail to **"Elaine B. Mize, PO Box 894, Smith Station, AL 36877"**. According to Cowdin, the supposed owner emailed her and advised her to mail another $800.00 money order and make it payable to **"Roderick C. Hillian, PO Box 894 Smith Station, AL 36877"**. Cowdin followed the instructions and mailed the second money order. According to the person she corresponded with, he stated Hillian was his assistant and he would process the payment. Cowdin stated after sending both of her money orders, she decided to obtain a moving truck. The truck was parked at the address she had intended to rent. Cowdin left a note in the truck with her contact information if a problem arose. Approximately a day later, Cowdin stated a realtor contacted her and stated if she didn't come move the truck off the property if would be towed at her expense. The realtor advised her the property was actually for sale. She also learned the property was not associated with the individual she had corresponded with via email. Cowdin

4

spoke with the owner's sister and learned the owner **(Elaine B. Mize)** was living in an assisted living home in the state of Georgia and had to vacate the property because of her poor health. Cowdin realized then she was the victim of a scam. Cowdin stated the person she had emailed on Craigslist advised her a payment of $950.00 was due by July 3, 2019. She further stated the keys to the home would be mailed to her by July 3, 2019. Cowdin gave Inspectors permission to open her parcels and the two $800.00 money orders were confirmed. Both payments were returned to Cowdin.

10.     Since interviewing both Milnes and Cowdin, there have been approximately 13 additional Priority/ Express mail parcels received to PO Box 894, Smith Station, AL 36877. Inspectors interviewed four additional senders (victims). All victims seemed to be located in different states. The information they provided was linked to a Craigslist ad and their experiences were very similar in nature regarding the information provided by the other identified victims. A computerized address check via CLEAR (internet based records search databases) was conducted and it was determined that the "From" name of and addressee information on the remaining parcels were not associated with the **"Roderick C. Hillian, PO BOX 894, Smith Station, AL 36877"**. Smith Station is located in Lee County and is a very small community. In my experience, the fact that these mailings are being received to PO Box 894 from across the U.S. is highly unusual.

11.     According to postal staff at Smith Station Post Office, Roderick C. Hillian has come inside to check PO Box 894, approximately five times since June 30, 2019, with his most recent time being this morning at approximately 9:20 AM. He's also approached postal staff with a list of tracking numbers inquiring about his inbound parcels.  On one of those occasions, postal staff captured the tag number from the vehicle Hillian was driving. The N. Carolina handicap tag displayed, tag number **(9L73DV)**. The registration returned to Hillian with a Winston Salem, NC address. An additional search in Clear indicated Hillian has multiple addresses listed under his name. The addresses linked to Hillian are listed below:

> **PO Box 894, Smith Station, AL 36877-0894**
> **3002 21ST Avenue, Phenix City, AL 36867-3012**

5

**1973 Lee Road 279, Salem, AL 36874-4757**
**712 Queensbury Lane, Williamsburg, VA 23185-5513**
**47 Riverdale Avenue, Yonkers, NY 10701-3606.**

12.     Since the discovery of this possible mail fraud scam, Inspectors have reviewed bank Hillian's bank account records. It should be noted several banks have filed numerous suspicious activity reports regarding Hillian's banking activity since 2017. The narrative on the reports indicate suspected rental scam fraud across the U.S. where hundreds of thousands of dollars are involved. In addition, it appears the illicit funds are being funnel to a crypto-currency account which is owned and operated solely by Hillian.

13.     On July 1, 2019, Lee County Sheriff's Office began assisting with the investigation due to PO Box 894 being located in Lee County. Sheriff's investigators learned Hillian was not currently residing at 3002 21st Avenue, Phenix City, AL 36867. Investigators also drove by 1973 Lee Road 279, Salem, AL 36874 and learned there was not a structure at this location, only a mail box. It is unknown at this point where Hillian is currently living.

14.     Inspectors currently have 17 Priority Mail parcels in our possession, all addressed to PO Box 894. Contact was made with 10 different senders of these mailings, in which they gave permission to open their parcels. While interviewing them, they stated their funds were for either a deposit to a rental house or the first month's rental payment. The sender's funds were determined to be linked to fraudulent rental property ads listed on Craigslist in numerous states according to the senders. I currently have 7 mailings in my possession in which attempts were made to contact the senders but were unsuccessful. I strongly believe these mailings contain proceeds related to this fraud scheme. A search of the CLEAR law enforcement database revealed the senders do not appear to be associated with "Roderick C. Hillian, PO Box 894, Smith Station, AL 36877. The seven suspicious parcels in question are described as follows:

6

**Parcel #1**

|  |  |
|---|---|
| Addressed To: | Roderick C. Hillian<br>PO Box 894<br>Smith Station, AL 36877 |
| Return Address: | Jerson C.<br>9370 Canal Way<br>West Chester Township, OH 45069 |
|  | Priority Mail 2-Day<br>USPS Tracking Number:<br>9505   5265 1081 9144 1523 11 |
| Postage: | $7.35 |

**Parcel #2**

|  |  |
|---|---|
| Addressed To: | Roderick C. Hillian<br>PO Box 894<br>Smith Station, AL 36877 |
| Return Address: | Tiffany Henderson<br>4516 Utah Avenue<br>Dallas, TX 75216 |
|  | Priority Mail 2-Day<br>USPS Tracking Number:<br>9505 5127 3688 9172 2668 91 |
| Postage: | $7.35 |

**Parcel #3**

|  |  |
|---|---|
| Addressed To: | Roderick C. Hillian<br>PO Box 894<br>Smith Station, AL 36877 |

7

| | |
|---|---|
| Return Address: | Levette Ishmel<br>238 Breckinridge Court<br>Hampton, VA 23666 |
| | First Class Mail |
| Postage: | $.55 (stamp) |

**Parcel #4**

| | |
|---|---|
| Addressed To: | Roderick C. Hillian<br>PO Box 894<br>Smith Station, AL 36877 |
| Return Address: | Tiffany Henderson<br>4516 Utah Avenue<br>Dallas, TX 75216 |
| | Priority Mail 2-Day<br>USPS Tracking Number:<br>9505 5102 4236 9182 1358 34 |
| Postage: | $7.35 |

**Parcel #5**

| | |
|---|---|
| Addressed To: | Roderick C. Hillian<br>PO Box 894<br>Smith Station, AL 36877 |
| Return Address: | Ciera Anderson<br>10791 Sprucehill Drive,<br>Cincinnati, OH 45240 |

Priority Mail 2-Day
USPS Tracking Number:
9114 9011 8986 6609 0531 65

Postage:                                    $7.35

**Parcel #6**

Addressed To:                               Roderick C. Hillian
                                            PO Box 894
                                            Smith Station, AL 36877

Return Address:                             Charles Frisinger
                                            2511 Spindlehill Drive,
                                            Cincinnati, OH 45230

                                            Priority Mail 2-Day
                                            USPS Tracking Number:
                                            9505 5150 2722 9166 2035 16

Postage:                                    $7.35

**Parcel #7**

Addressed To:                               Roderick C. Hillian
                                            PO Box 894
                                            Smith Station, AL 36877

Return Address:                             Denise Crawford
                                            PO Box 263,
                                            Newport, WA 99156

                                            Priority Mail 2-Day
                                            USPS Tracking Number:
                                            9510 8159 1233 9176 1770 65

9

Postage:                                    $10.40

15.    Based on the facts set forth in this affidavit, and based on my training and experience,
there is probable cause to believe that the above listed parcels contain funds related to a mail
fraud scam. As a result, your affiant respectfully requests the courts to issue search warrants
authorizing the search of these parcels. Additionally, your affiant requests the seizure of
these parcels and any currency, and/or negotiable instruments contained therein. Your
affiant also requests the seizure of any additional enclosed materials recovered during the
search of the parcels, which may represent evidence of a mail fraud scheme, to include
evidence as to the identity of the recipient and/or sender thereof, all in violation of 18 U.S.C.
§§ 1341, 1344, and 1349.

16.    All parcels have been maintained in the custody of the undersigned affiant
in this District pending application for a search warrant.

J. BOYKINS
U.S. POSTAL INSPECTOR

Sworn to and subscribed before me this

9th day of July 2019, at

Montgomery, Alabama

STEPHEN M. DOYLE
UNITED STATE MAGISTRATE JUDGE

10